# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REMI C. MARTE, | : | Civil No. 3:20-CV-01525 |
| Plaintiff, | : | |
| v. | : | |
| SAIA MOTOR FREIGHT LINE, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendant's motion to dismiss, Doc. 5, is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **March 15, 2021**.

3. If Plaintiff fails to file an amended complaint by the above date, the Clerk of Court shall be directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania
